# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MEHARRY MEDICAL COLLEGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN MCFERRAN, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in their official capacity as an Administrative Law Judge of the National Labor Relations Board, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | |

Case No.: _____
District Judge: _____
Magistrate Judge: _____

## **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rules of Civil Procedure 1 and 65, Plaintiff, Meharry Medical College ("Meharry"), by and through its counsel, respectfully requests that this Court issue a preliminary injunction enjoining the ongoing administrative proceeding against Meharry, to be entered against Defendants, National Labor Relations Board ("NLRB"), NLRB General Counsel Jennifer Abruzzo, NLRB Chairman Lauren M. McFerran, NLRB Members Marvin E. Kaplan, Gwynne A. Wilcox, and David M. Prouty (McFerran, Kaplan, Wilcox, and Prouty collectively referred to as "Members"); and the NLRB Administrative Law Judge ("ALJ"), who will be assigned to preside over an administrative hearing that is scheduled to begin on January 28, 2025.

4873-3760-7149

Meharry seeks this preliminary injunction to halt the underlying administrative proceeding while its suit is pending. As shown in the Complaint and the supporting Memorandum of Law filed contemporaneously with this Motion, Plaintiff is likely to succeed on the merits of each of their claims and will suffer irreparable harm absent relief. Moreover, the balance of equities favors Plaintiff. For these reasons, Plaintiff is entitled to a preliminary injunction.

Prior to the filing of this Motion, in accordance with Local Rule 7.01(a)(1), Plaintiff's counsel advised Defendants' counsel of their intention to move for a preliminary injunction. Defendants' counsel indicated that they would oppose the Motion and requested relief.

Dated: October 21, 2024

Respectfully submitted,

s/ Cameron S. Hill
Cameron S. Hill, TN BPR 017408
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
633 Chestnut Street, Suite 1900
Chattanooga, TN 37450
Telephone: 423.209.4160
Facsimile: 423.752.9545
chill@bakerdonelson.com

s/ Louis. J. Cannon
Louis. J. Cannon – *pro hac vice forthcoming*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street, Suite 1900
Baltimore, MD 21202
lcannon@bakerdonelson.com

s/ Cassandra L. Horton
Cassandra L. Horton– *pro hac vice forthcoming*
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
100 Light Street, Suite 1900
Baltimore, MD 21202
chorton@bakerdonelson.com

*Counsel for Plaintiff, Meharry Medical College*

4873-3760-7149

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2024, a true and exact copy of the foregoing is being filed via the Court's CM/ECF system. True and exact copies will be served on all Defendants with the Summons and Complaint once process has been issued.

                                          s/ Cameron S. Hill