UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MEHARRY MEDICAL COLLEGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:24-cv-01258 |
| | ) |
| NATIONAL LABOR RELATIONS BOARD, et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This case is set for a telephonic status conference for **Friday, March 21, 2025,** at 9:30 a.m. The parties shall call 1-855-244-8681, and when prompted enter access code 2314 537 9888# to participate in the call. If a party has difficulty connecting, please contact chambers at 615-736-7013.

During the telephone conference, the parties and their counsel of record shall state their name before speaking, never interrupt the court or another person speaking and when referring to a document filed with the Court, use the designated docket number.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE